UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------

JOHN P. RAYCHEL,

                Plaintiff,

  -against-

CAPITAL MANAGEMENT SERVICES, L.P.

                Defendant.
------------------------------------------------------------

Docket No.: 3:11-CV-06423-PGS-TJB

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)**

PURSUANT TO FEDERAL RULE of Civil Procedure 41(a)(1) Plaintiff, by and through his attorneys, LAW OFFICES OF ALLISON POLESKY, P.C., herein voluntarily dismisses with prejudice this action. In accordance with Rule 41(a)(1), this voluntary dismissal has been filed before Defendants have filed an answer or a motion for summary judgment and before certification of any class.

Dated: Valley Stream, New York
       February 28, 2012

LAW OFFICES OF ALLISON POLESKY, P.C.

_____
Eric M. Milner, Of Counsel (EM8232)
511 Avenue of the Americas, Suite 712
New York, New York 10011
Phone: (866) 479-9500
Facsimile: (866) 688-4300
Attorney for the Plaintiff JOHN P. RAYCHEL

## CERTIFICATE OF SERVICE

I, ERIC M. MILNER, ESQ., of counsel to the LAW OFFICES OF ALLISON POLESKY, P.C., attorneys for the Plaintiff herein, hereby certify that on February 28, 2012, I filed a copy of Plaintiffs' Notice of Voluntary Dismissal with Clerk of the Court by ECF and served a copy of said document by first-class mail on the following:

**CORY MAGNUSON**
**GENERAL COUNSEL FOR CAPITAL MANAGEMENT SERVICES**
**726 Exchange Street, Suite 700**
**Buffalo, NY 14210**

_____
ERIC M. MILNER, ESQ.